479 A.2d 1122

Commonwealth v. Ream, Appellant.

Submitted October 7, 1983. Robert A. Longo, for appellant; Edward F. Browne, Jr., Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, MONTGOMERY and CERCONE, JJ.

Order affirmed.